IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HENRY JOINER, #140 755                            *

    Plaintiff,                                         *

        v.                                              *     2:09-CV-243-TFM
                                                                                     (WO)

ASSISTANT WARDEN MASON, *et al.*,                 *

    Defendants.                                       *

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the **ORDER, JUDGMENT, and DECREE** of the court that:

1. Defendant's motion for summary judgment is GRANTED with respect to Plaintiff's federal claim;

2. Plaintiff's pendent state law claims are DISMISSED without prejudice;

3. Judgment is GRANTED in favor of Defendants and against Plaintiff;

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding are TAXED against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 23rd day of May 2011.

                                        /s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE